UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDGE W. COOLEY,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>    Defendants. | 2:09-cv-2110-LDG-LRL<br><br>**ORDER** |

On March 19, 2010, Plaintiff Judge W. Cooley was notified that, although the Complaint was filed on August 14, 2009, and although more than 120 days had passed, Cooley had not filed a proof of service as to MTC Financial.  Cooley was further notified that the action would be dismissed without prejudice unless proof of service was filed on or before April 18, 2010.  Cooley did not file proof of service by April 18, 2010, and has not complied with Federal Rule of Civil Procedure 4(m).  Accordingly,

THE COURT HEREBY ORDERS that this action is DISMISSED without prejudice.

DATED this ___11___ day of August, 2011.

_____
Lloyd D. George
United States District Judge